# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RONALD W. JARVI,

    Plaintiff,

v.                                            Case No. 12-11943
                                                Honorable Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## **JUDGMENT**

    This action having come before the Court and the Court having issued an order dismissing the case this date,

    Accordingly,

    Judgment is entered in favor of Defendant and against Plaintiff.

                                                    DAVID J. WEAVER
                                                    CLERK OF COURT

Approved:                                        By: s/LaShawn Saulsberry
                                                         Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 29, 2013
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                                             S/LaShawn R. Saulsberry
                                             Case Manager